IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DEKALB, | No. 2:20-CV-01818-KJM-DMC |
| Petitioner, | |
| v. | ORDER |
| RALPH DIAZ, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Respondent's motion seeking a 60-day extension of time to reply to Petitioner's petition. ECF No. 10. On October 20, 2020, the Court originally ordered Respondent to reply to the petition within 60 days of that order. ECF No. 5. For good cause shown, the Court grants Respondent's motion. Respondent shall reply to Petitioner's petition on or before February 19, 2021. Petitioner's traverse or reply, if any, shall be filed within 30 days of service of Respondent's response to the amended petition.

IT IS SO ORDERED.

Dated:  December 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1