1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     JAMES L. DEKALB,                              No.  2:20-CV-1818-KJM-DMC-P

12                        Petitioner,
                                                     ORDER
13              v.

14     RALPH DIAZ,

15                        Respondent.

16

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18     habeas corpus under 28 U.S.C. § 2254. Before the Court is petitioner motion for permission to

19     proceed in forma pauperis. ECF No. 15. Petitioner has submitted the affidavit required by 28

20     U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security

21     therefor. The Court accepts the affidavit.

22              Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to

23     proceed in forma pauperis (ECF No. 15) is **GRANTED**.

24

25     Dated:  February 24, 2021

26                                                   _____
                                                     DENNIS M. COTA
27                                                   UNITED STATES MAGISTRATE JUDGE

28

                                                     1