1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11                                                              No.  2:20-CV-1818-KJM-DMC-P

JAMES L. DEKALB,
12
                              Petitioner,                       ORDER
13
          v.
14
RALPH DIAZ,
15
                              Respondent.
16

17

18          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19  habeas corpus under 28 U.S.C. § 2254. Before the Court is Petitioner's motion for an extension of

20  time to file a traverse to Respondent's answer. ECF No. 13. He also moves for appointment of

21  counsel, which the Court has addressed by separate order. See ECF No. 14. The Court has

22  appointed the Office of the Federal Public Defender to represent Petitioner for the purposes of

23  filing a traverse. The Court has also granted Petitioner's motion for leave to proceed in forma

24  pauperis. For good cause shown, the Court will grant Petitioner's motion for an extension of time.

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.      Petitioner's motion for an extension of time (ECF No. 13) is **GRANTED**;

27          2.      Petitioner shall file a traverse within 60 days of the date that counsel is

28  appointed; and

                                                1

1          3.      The Clerk of the Court is directed to serve a copy of this order on the

2   Office of the Federal Public Defender alongside the order appointing the Office to represent

3   Petitioner in filing a traverse.

4

5   Dated:  February 24, 2021

6                                                    _____
                                                     DENNIS M. COTA
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2