HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
CAROLYN M. WIGGIN, Bar No. 182732
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DEKALB, | Case No. 2:20-cv-01818-KJM-DMC |
| Petitioner, | **REQUEST FOR SUBSTITUTION OF ATTORNEY AND EXTENSION OF TIME TO FILE TRAVERSE; ORDER** |
| v. | |
| RALPH DIAZ, | |
| Respondent. | |

Petitioner James L. Dekalb hereby moves this Court for an order substituting

Charles M. Bonneau , Jr.
Law Office of Charles M. Bonneau, Jr.
331 J Street
Suite 200
Sacramento, CA 95814
Phone: 916-444-8828
Fax: 916-444-8829
Email: cmbonneau@gmail.com

as counsel for Petitioner James L. Dekalb in the above-entitled case. The Federal Defender's Office has determined that it is unable to represent Mr. Dekalb at this time. Mr. Bonneau has agreed to represent Mr. Dekalb.

Petitioner Dekalb further requests that this Court grant him an extension of time to file his traverse. He asks that his traverse be due within 120 days of the date this Court signs this order

-1-

substituting in Mr. Bonneau as his counsel.  Counsel for Respondent has informed the undersigned that Respondent does not oppose this request for an extension of time.

  The undersigned is authorized to sign this substitution motion on Mr. Bonneau's behalf.

Dated: March 9, 2021     Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender

             *s/ Carolyn M. Wiggin*
            CAROLYN M. WIGGIN
            Assistant Federal Defender

Dated: March 9, 2021

             *s/ Charles M. Bonneau , Jr.*
            CHARLES M. BONNEAU, JR.
            Attorney at Law

O R D E R

Pursuant to this Motion for Substitution of Counsel and Extension of Time to File the Traverse, and for the reasons stated therein, IT IS HEREBY ORDERED that

1. CHARLES M. BONNEAU, JR., Attorney at Law, shall be substituted in as counsel appointed on behalf of Movant JAMES L. DEKALB in place of the Office of the Federal Defender for the Eastern District of California.

2. Petitioner is granted an extension of time to file a traverse. Petitioner's traverse is no longer due 60 days from the date the Office of the Federal Defender was appointed to represent him. Petitioner shall file a traverse within 120 days of the date this order is filed.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender's office, and Charles M. Bonneau, Jr., cmbonneau@gmail.com.

Dated: March 9, 2021



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On March 9, 2021, s/he caused to be served a copy of the attached

**REQUEST FOR SUBSTITUTION OF ATTORNEY AND EXTENSION OF TIME TO FILE TRAVERSE; PROPOSED ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

Mr. James Lawrence Dekalb
Booking No. CC19KZ088
Martinez Detention Facility
901 Court Street
Martinez, CA  94553

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 3rd day of March, 2021.

*/s/ Megan Blumm*
Megan Blumm

-4-